912

No. 90–6990.  MULLINS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6998.  ENGLEBRECHT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–7005.  GLASCO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–7008.  WRIGHT v. SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 90–7010.  MONTES-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–7011.  HAGOOD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–7014.  HICKS v. KENTUCKY.  Cir. Ct. Ky., McCracken County.  Certiorari denied.

No. 90–7015.  OLSVIK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–7026.  LOUIS v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 90–7036.  WELKY v. PRELESNIK, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 90–7049.  SAMEL v. JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–2026.  MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. v. ABRAMS, ATTORNEY GENERAL OF NEW YORK.  C. A. 2d Cir.  Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–944.  ROLAND M. ET UX. v. CONCORD SCHOOL COMMITTEE ET AL.  C. A. 1st Cir.  Certiorari denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.